IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STEVEN D. KING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION 22-0286-CG-MU |
| | ) |
| WEXFORD, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that this is **DISMISSED** without prejudice as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and, alternatively, for failure to pay the partial filing fee, and that the action be counted as a strike for the purposes of 28 U.S.C. § 1915(g).

**DONE** and **ORDERED** this the 20th day of January, 2023.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE